## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

| | |
|---|---|
| JOHN DOAR (1921-2014)<br>JOHN JACOB RIECK, JR.<br>JOHN F. KALEY<br>WALTER MACK<br>JAMES R. DeVITA<br><br>OF COUNSEL<br>EILEEN MINNEFOR<br>JAMES I. WASSERMAN<br>MICHAEL MINNEFOR | ASTOR BUILDING<br>7TH FLOOR<br>217 BROADWAY<br>NEW YORK, N.Y. 10007-2911<br><br>TELEPHONE: (212) 619-3730<br>FACSIMILE: (212) 962-5037<br>e-mail: firm@doarlaw.com<br>website: www.doarlaw.com |

October 22 2015

**By ECF**
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        Re:  In re: McCray, Richardson, Santana
             Docket No. 15-1887-cv

    I am writing to respond to the letter from Appellant's counsel, Gareth W. Stewart, Esq., filed with the Court yesterday, November 23, 2015, requesting that "this appeal be assigned for disposition" because Appellee did not file its brief on November 17, 2015 as originally scheduled. Apparently, Mr. Stewart is unfamiliar with Rule 31.2 (a)(3) of this Court's Local Rules, which provides as follows: "The filing of a dispositive motion . . . tolls the time periods set forth in this rule until the motion is determined or the appeal is reinstated." Appellee filed a motion to dismiss this appeal on October 22, 2015, thus tolling the time for the filing of Appellant's brief. In an excess of caution, I respectfully request that, in the event this Court denies Appellee's motion to dismiss, I be allowed thirty days from the date of the order denying the motion to file Appellee's brief.

                                            Respectfully yours,

                                            James R. DeVita

cc:    Gareth W. Stewart
       (via ECF and email)