**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 27, 2016
Docket #: 15-1887cv
Short Title: In Re: McCray, Richardson, San

DC Docket #: 03-cv-9685
DC Court: SDNY (NEW YORK CITY)
DC Judge: Ellis

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion to dismiss filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, February 9, 2016.

Inquiries regarding this case may be directed to 212-857-8595.